IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY RAGSDALE**                                                                                       **PLAINTIFF**

v.                               Case No. 4:23-cv-973-JM

**MARK A. PATE, White County Judge**, *et al*.                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order issued today, this case is dismissed without prejudice.

IT IS SO ADJUDGED this 16th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE